ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 14 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| V. | * Criminial No. 3:06-MJ-163 |
| | * |
| JONATHAN GEORGELAS | * |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, Jonathan Georgelas, pursuant to 18 U.S.C. §3142(E) and (f).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because case involves:

    ___ Crime of violence (18 U.S.C. §3156);

    ___ Maximum sentence life imprisonment or death

    ___ 10 + year drug offense

    ___ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure:

    _X_ Defendant's appearance as required

    ___ Safety of any other person and the community

MOTION FOR DETENTION - Page 1

3. <u>Rebuttable Presumption.</u> The United States (will, will not) invoke the rebuttable presumption against defendant because:

___ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

___ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing,

___ At first appearance

_X_ After continuance of 3 days

5. <u>Other Matters</u>.

_____

_____

DATED this <u>14th</u> day of <u>April</u>, 2006.

        Respectfully submitted,

        RICHARD B. ROPER
        UNITED STATES ATTORNEY

        */s/ Linda C. Groves*
        LINDA C. GROVES
        Assistant United States Attorney
        Texas State Bar No. 08553100
        1100 Commerce St., Third Floor
        Dallas, Texas 75242
        214.659.8631

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion has been served upon the defendant or his counsel of record in accordance with the provisions of Rule 49 F.R.Cr.P.

DATED this <u>14th</u> day of <u>April</u>, 2006.

_____
LINDA C. GROVES
Assistant United States Attorney