# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

MAGISTRATE JUDGE PAUL D. STICKNEY PRESIDING
DEPUTY CLERK: Gladys Janssen       COURT REPORTER/TAPE NO: _4361_
LAW CLERK: _____  USPO/PTSO: _Kevin Henry_
INTERPRETER: _____  COURT TIME: _2 min_
A.M. _____ P.M. _2:05_      DATE: April 14, 2006

---

☒ MAG. No.  ☐ DIST. CR. No. **3:06-MJ-163**                              USDJ

UNITED STATES OF AMERICA          §   _Linda Groves_____, AUSA
v.                                §
                                  §
JOHNATHAN GEORGELAS               §   _John Nicholson_____  ☐
_____§   _____  ☐
Defendant(s) Name(s) and Number(s)    Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

---

☒ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING
☐ HEARING CONTINUED ON _____ Case No. _____ ☐ Other District ☐ Division
☐ Date of Birth: _____ ☐ Social Security No. _____ ☐ Correction of Name ORDERED _____

☒ Date of Federal arrest/custody: 4/14/06  ☐ Surrender _____ or ☐ Rule 40 ☐ Appeared on Writ
☒ Deft first appearance. Deft advised of rights/charges ☐ Probation/Supervised Released violator
☒ Deft first appearance with counsel.
☒ ☒ Deft ☐ MW (Material Witness) ☐ _____ appeared ☒ with ☐ without counsel.
☒ Requests appointed counsel.
☒ FINANCIAL AFFIDAVIT executed.
☐ Order appointing Federal Public Defender.
☐ Private Counsel appointed, _____
☐ Deft advises he will retain counsel. He retained _____
☐ Arraignment set  ☒  Detention Hearing set _4/19/06 2:00_
☒ Preliminary set _4/19/06 2:00_  ☐  Bond Hearing set _Before Judge Kaplan_
☐ Counsel Determination Hearing set _____
☐ Identity/Removal Hearing set _____
☐ Bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Deft ☐ 3rd Pty ☐ MW.
☐ No bond set at this time, ___ day DETENTION ORDER to be entered.
☒ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING
☐ ORDER OF DETENTION PENDING TRIAL entered.
☐ Deft advised of conditions of release.
☐ BOND EXECUTED, ☐ Deft ☐ MW released ☐ State Authorities, ☐ INS
☒ ☒ Deft ☐ MW (Material Witness) REMANDED to CUSTODY.
☐ Deft ORDERED REMOVED to Originating District.
☐ WAIVER of ☐ Preliminary Hearing ☐ Waiver of Rule 40 Hearing ☐ Waiver of detention hearing
☐ Court finds PROBABLE CAUSE ☐ ID ☐ PC.
☐ Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.
☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
APR 1 4 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy