# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

MAGISTRATE JUDGE: __JEFF KAPLAN__ PRESIDING
DEPUTY CLERK: __VILA FISHER__   COURT REPORTER/TAPE NO: _PDS 4365_
LAW CLERK: _____   USPO/PTSO: _LOUIE RODRIGUEZ_
INTERPRETER: _____   COURT TIME: _5 mins._
A.M. _____ P.M. _3:00_   DATE: _4/19/06_

---

☒ MAG. No.  ☐ DIST. CR. No. _306mJ 163_   USDJ _____

UNITED STATES OF AMERICA   §   _Linda Groves_, AUSA
v.                         §
_Johnathan Georgelas_      §   _John Nicholson_ ☒
                           §                      ☐
Defendant(s) Name(s) and Number(s)   Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

---

☐ INITIAL APPEARANCE  ☐ BOND HEARING  ☒ PRELIMINARY HEARING (NOT HELD)  ☒ DETENTION HEARING
☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING
☐ HEARING CONTINUED ON _____ Case No. _____  ☐ Other District  ☐ Division

☐ kars.       Date of Federal arrest/custody: _____ ☐ ksurr. _____ or ☐ karsr40. Rule 40  ☐ Appeared on Writ
☐ kia.        Deft first appearance. Deft advised of rights/charges ☐ Probation/Supervised Released violator
☐ kcnsl.      Deft first appearance with counsel.
☐ .......     ☐ Deft ☐ MW (Material Witness) ☐ _____ appeared ☐ with ☐ without counsel.
☐ .......     Requests appointed counsel.
☐ kfinaff.    FINANCIAL AFFIDAVIT executed.
☐ koapptpd.   Order appointing Federal Public Defender.
☐ k20appt.    Private Counsel appointed, _____
☐ .......     Deft advises he/she will retain counsel. He/She retained _____
☐ karr.       Arraignment set _____                     ☐ Detention Hearing set _____
☒ kprlxm.     Preliminary set (RESET) _4/21/06 @ 1:30pm_ ☐ Bond Hearing set _____
☐ krmvhrg.    Identity/Removal Hearing set _____
☐ ko.(bnd.)   Bond ☐ set ☐ reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Deft ☐ 3rd Pty ☐ MW.
☐ kodtn.      No bond set at this time, ___ day DETENTION ORDER to be entered.
☐ kodtn.      ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING entered.
☒ kodtn.      ORDER OF DETENTION PENDING TRIAL entered.
☐ kocondrls.  Deft advised of conditions of release.
☒ kloc.(LC)   ☒ Deft ☐ MW (Material Witness) REMANDED to CUSTODY.
☐ ko.         Deft ORDERED REMOVED to Originating District.
☐ .......     WAIVER of ☐ Preliminary Hearing  ☐ Waiver of Rule 5/32.1 Hearing  ☒ Waiver of detention hearing
☐ .......     Court finds PROBABLE CAUSE ☐ ID ☐ PC.
☐ .......     REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 19 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy