
# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

MAGISTRATE JUDGE: __JEFF KAPLAN__ PRESIDING
DEPUTY CLERK: __VILA FISHER__  COURT REPORTER/TAPE NO: __K1090__
LAW CLERK: _____ USPO/PTSO: _____
INTERPRETER: _____ COURT TIME: __1 hr.__
A.M. _____ P.M. __1:00__ DATE: __APRIL 21, 2006__

☒ MAG. No. ☐ DIST. CR. No. __3-06-MJ-163__ USDJ _____

UNITED STATES OF AMERICA § __LINDA GROVES__, AUSA
v. §
§
__JOHNATHAN GEORGELAS__ § __JOHN NICHOLSON__ ☒
§ ☐
Defendant(s) Name(s) and Number(s)    Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

☐ INITIAL APPEARANCE ☐ BOND HEARING ☒ PRELIMINARY HEARING ☐ DETENTION HEARING
☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING
☐ HEARING CONTINUED ON _____ Case No. _____ ☐ Other District ☐ Division

☐ kars.     Date of Federal arrest/custody: _____ ☐ ksurr. _____ or ☐ karsr40. Rule 40 ☐ Appeared on Writ
☐ kia.      Deft first appearance. Deft advised of rights/charges ☐ Probation/Supervised Released violator
☐ kcnsl.    Deft first appearance with counsel.
☐ ......    ☐ Deft ☐ MW (Material Witness) ☐ _____ appeared with/without counsel.
☐ ......    Requests appointed counsel.
☐ kfinaff.  FINANCIAL AFFIDAVIT executed.
☐ koapptpd. Order appointing Federal Public Defender.
☐ k20appt.  Private Counsel appointed, _____
☐ ......    Deft advises he/she will retain counsel. He/She retained _____
☐ karr.     Arraignment set _____ ☐ Detention Hearing set _____
☐ kprlxm.   Preliminary set _____ ☐ Bond Hearing set _____
☐ krmvhrg.  Identity/Removal Hearing set _____
☐ ko.(bnd.) Bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Deft ☐ 3rd Pty ☐ MW.
☐ kodtn.    No bond set at this time, ____ day DETENTION ORDER to be entered.
☐ kodtn.    ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING entered.
☐ kodtn.    ORDER OF DETENTION PENDING TRIAL entered.
☐ kocondrls. Deft advised of conditions of release.
☒ kloc.(LC) ☒ Deft ☐ MW (Material Witness) REMANDED to CUSTODY.
☐ ko.       Deft ORDERED REMOVED to Originating District.
☐ ......    WAIVER of ☐ Preliminary Hearing ☐ Waiver of Rule 5/32.1 Hearing ☐ Waiver of detention hearing
☒ ......    Court finds PROBABLE CAUSE ☐ ID ☒ PC.
☒ ......    REMARKS: Gov'nt's Exhibits 1, 3-7 admitted.

[Stamp: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED APR 21 2006 CLERK, U.S. DISTRICT COURT By _____ Deputy]