IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § NO. | |
| | § § | |
| JOHN GEORGELAS | § | |

INFORMATION

**3 06 CR 0146 - G**

The United States Attorney Charges:

## COUNT 1

On or about April 8, 2006, in the Northern District of Texas and elsewhere, defendant JOHN GEORGELAS, did intentionally access a protected computer, as that term is defined at 18 U.S.C. § 1030(e)(2)(B), without authorization, and as a result of such conduct recklessly caused damage resulting in a loss to one or more persons during a one year period aggregating at least $5,000 in value.

All in violation of 18 U.S.C. §§1030(a)(5)(A)(ii) and 1030(a)(5)(B)(i).

RICHARD B. ROPER
United States Attorney

By: *[signature]*
LINDA C. GROVES
Assistant United States Attorney
Texas Bar No. 08553100
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.767.2846

Information - Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**ORIGINAL**

| Related Case Information | |
|---|---|
| Superseding Indictment: ☐ Yes ☒ No | New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____ | |
| Search Warrant Case Number  N/A | |
| R 20 from District of  N/A | |
| Magistrate Case Number  3:06-MJ-163 | |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☒ No

   Defendant Name          JOHN GEORGELAS (1)

   Alias Name          _____

   Address          _____

   County in which offense was committed: Dallas, Tarrant

   RECEIVED MAY - 9 2006 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   AUSA Linda C. Groves          Bar # TX Bar No. 08553100

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

   3 06 CR 0146 - G

4. **Location Status**

   Arrest Date:

   ☒ Already in Federal Custody as of April 14, 2006    in FCI Seagoville
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1   ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. §§ 1030(a)(5)(A)(ii) and (a)(5)(B)(I) | Unauthorized computer access | 1 |

Date  May 9, 2006    Signature of AUSA:  Linda C. Groves