IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | 3:06-CR-146-G(01) |
| | * | |
| JOHN GEORGELAS | * | |

TO: John Nicholson
Assistant Federal Public Defender
525 Griffin St., Suite 629
Dallas TX  75202
214-767-2746
Fax 214-767-2886

**NOTICE OF ARRAIGNMENT**

**TAKE NOTICE that the above entitled case has been set for Arraignment in said Court at 1100 Commerce Street, 15th Floor, in the Federal Building and U.S. Courthouse before Chief Judge A. Joe Fish, on Tuesday, May 23, 2006, at 1:45 p.m.**

Pursuant to Miscellaneous Order No. 58, counsel must notify the presiding judge of any proposed change to an arraignment or rearraignment scheduled in the Dallas Division no later than two business days prior to the date scheduled. The presiding judge may waive this requirement in a particular case.

If the defendant is in custody, the United States Marshals Service will allow attorney-client conferences in the Marshal's office prior to the docket; however, the time for such conferences is limited by the Marshal's schedule.

DATE:       May 10, 2006

/s/ Susan Hudson
Susan Hudson
Deputy Clerk
Office of the Clerk
1100 Commerce St., Rm 14A20
Dallas, TX 75242
214-753-2315