PROB 12B
(TXN 8/2005)

# United States District Court



for

Northern District of Texas

### Request For Modifying the Conditions of Supervision With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: <u>John Georgelas</u>                                  Case No: <u>3:06-CR-146-G(01)</u>

Name of Sentencing Judicial Officer: <u>Senior U.S. District Judge A. Joe Fish</u>

Date of Original Sentence: <u>August 15, 2006</u>

Original Offense: <u>Unauthorized Computer Access, 18 USC § 1030(a)(5)(A)(ii) & (B)(i)</u>

Original Sentence: <u>34 months custody, 3-year term of supervised release.</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>October 1, 2008</u>

Assistant U.S. Attorney: <u>Linda C. Groves</u>     Defense Attorney: <u>John M. Nicholson (Court appointed)</u>

---

### PETITIONING THE COURT AS FOLLOWS:

[X]   To modify the conditions of supervision with the consent of the offender as follows:

The defendant shall participate and comply with the requirements of the Computer and Internet Monitoring Program, contributing to the cost of the monitoring in an amount not to exceed $40 per month. The defendant shall consent to the probation officer's conducting ongoing monitoring of his/her computer(s). The monitoring may include the installation of hardware and/or software systems that allow evaluation of computer use. The defendant shall not remove, tamper with, reverse engineer, or circumvent the software in any way. The defendant shall only use authorized computer systems that are compatible with the software and/or hardware used by the Computer and Internet Monitoring Program. The defendant shall permit the probation officer to conduct a preliminary computer search prior to the installation of software. The monitoring software may be disabled or removed at any time during the term of supervision at the discretion of the probation officer.

PROB 12B
John Georgelas
Request For Modifying the Conditions of Supervision With Consent of the Offender                                    Page 2

The defendant shall submit to periodic unannounced examination of his/her computer(s), storage media, and/or other electronic or Internet-capable devices performed by the probation officer at a reasonable time and in a reasonable manner based on reasonable suspicion of contraband evidence of a violation of supervision. This may include the retrieval and copying of any prohibited data and/or the removal of such systems for the purpose of conducting a more thorough inspection. The defendant shall provide written authorization for release of information from the defendant's Internet service provider.

The defendant shall not use any computer other than the one the defendant is authorized to use, without prior approval from the probation officer.

The defendant shall not use any software program or device designed to hide, alter, or delete records and/or logs of the defendant's computer use, Internet activities, or files stored on the defendant's computer.

The defendant shall not use any computer or computer-related equipment owned by his/her employer except for the strict benefit of his employer in the performance of his/her job-related duties.

The defendant shall provide the probation officer with accurate information about his/her entire computer system. The defendant's email shall only be accessed through a pre-approved application.

The defendant shall not install new hardware, perform upgrades, or effect repairs on his/her computer system, without receiving prior permission from the probation officer.

The defendant shall not engage in or utilize any service that allows peer-to-peer file sharing or file transfer protocol activity without permission from the probation officer.

The defendant shall not posses or use removable media configured with bootable operating systems.

The defendant shall not access any Internet Service Provider account or other online service using someone else's account, name, designation, or an alias.

The defendant shall not view, possess, and/or compose any material that describes or promotes the unauthorized access to computer systems.

The defendant shall not purchase, download, possess, and/or install software applications whose primary purpose is to scan and detect vulnerabilities in computer networks or to cause damage to other computer systems.

PROB 12B
John Georgelas
Request For Modifying the Conditions of Supervision With Consent of the Offender
Page 3

# CAUSE

John Georgelas began his term of supervised release on October 1, 2008, to the Eastern District of Texas. His supervision transferred to the Northern District of Texas, on December 18, 2008, after he relocated his residence. According to the presentence report, Mr. Georgelas employed the use of a computer to facilitate his offense. Furthermore, the presentence report indicated Mr. Georgelas obtained internet connectivity through his neighbor's unsecured wireless network without his neighbor's consent, and used this unauthorized access to further his criminal activity in the instant offense. In light of this information, the probation office respectfully requests additional conditions that monitor Mr. Georgelas' internet activity and computer-related activity be imposed in order to effectively aid in the probation office's supervision of this offender.

Respectfully submitted,

Approved,

_____
Oscar Salinas II
U. S. Probation Officer
214-717-3212
Fax: 972-840-6334

_____
Wendy D. Landry
Supervising U. S. Probation Officer
214-753-2542

I declare under penalty of perjury that the foregoing is true and correct.

                                              January 15, 2009
                                        Signed on _____
_____                       Date
Oscar Salinas II
U. S. Probation Officer

THE COURT ORDERS:

[ ] No action.
[ ] The extension of supervision as noted above.
[✓] The defendant shall participate and comply with the requirements of the Computer and Internet Monitoring Program, contributing to the cost of the monitoring in an amount not to exceed $40 per month. The defendant shall consent to the probation officer's conducting ongoing monitoring of his/her computer(s). The monitoring may include the installation of hardware and/or software systems that allow evaluation of computer use. The defendant shall not remove, tamper with, reverse engineer, or circumvent the software in any way. The defendant shall only use authorized computer systems that are compatible with the software and/or hardware used by the Computer and Internet Monitoring Program. The defendant shall permit the probation officer to conduct a preliminary computer search prior to the installation of software. The monitoring software may be disabled or removed at any time during the term of supervision at the discretion of the probation officer. (Macro 25)

The defendant shall submit to periodic unannounced examination of his/her computer(s), storage media, and/or other electronic or Internet-capable devices performed by the probation officer at a reasonable time and in a reasonable manner based on reasonable suspicion of contraband evidence of a violation of supervision. This may include the retrieval and copying of any prohibited data and/or the removal of such systems for the purpose of conducting a more thorough inspection. The defendant shall provide written authorization for release of information from the defendant's Internet service provider. (Macro 25A)

The defendant shall not use any computer other than the one the defendant is authorized to use, without prior approval from the probation officer. (Macro 25B)

The defendant shall not use any software program or device designed to hide, alter, or delete records and/or logs of the defendant's computer use, Internet activities, or files stored on the defendant's computer. (Macro 25C)

The defendant shall not use any computer or computer-related equipment owned by his/her employer except for the strict benefit of his employer in the performance of his/her job-related duties.(Macro 25D)

The defendant shall provide the probation officer with accurate information about his/her entire computer system. The defendant's email shall only be accessed through a pre-approved application. (Macro 25E)

The defendant shall not install new hardware, perform upgrades, or effect repairs on his/her computer system, without receiving prior permission from the probation officer. (Macro 25F)

PROB 12B
John Georgelas
Request For Modifying the Conditions of Supervision With Consent of the Offender                                Page 5

The defendant shall not engage in or utilize any service that allows peer-to-peer file sharing or file transfer protocol activity without permission from the probation officer.

The defendant shall not posses or use removable media configured with bootable operating systems. (Macro 25N)

The defendant shall not access any Internet Service Provider account or other online service using someone else's account, name, designation, or an alias. (Macro 25P)

The defendant shall not view, possess, and/or compose any material that describes or promotes the unauthorized access to computer systems. (Macro 25Q)

The defendant shall not purchase, download, possess, and/or install software applications whose primary purpose is to scan and detect vulnerabilities in computer networks or to cause damage to other computer systems. (Macro 25R)

[ ] Other.

_____
A. Joe Fish
Senior U.S. District Judge

_____
Date: January 21, 2009

OS:emm

PROB 49
(3/89)

# United States District Court

### Northern District of Texas

### Waiver of Hearing to Modify Conditions
### of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

The defendant shall participate and comply with the requirements of the Computer and Internet Monitoring Program, contributing to the cost of the monitoring in an amount not to exceed $40 per month. The defendant shall consent to the probation officer's conducting ongoing monitoring of his/her computer(s). The monitoring may include the installation of hardware and/or software systems that allow evaluation of computer use. The defendant shall not remove, tamper with, reverse engineer, or circumvent the software in any way. The defendant shall only use authorized computer systems that are compatible with the software and/or hardware used by the Computer and Internet Monitoring Program. The defendant shall permit the probation officer to conduct a preliminary computer search prior to the installation of software. The monitoring software may be disabled or removed at any time during the term of supervision at the discretion of the probation officer. (Macro 25)

The defendant shall submit to periodic unannounced examination of his/her computer(s), storage media, and/or other electronic or Internet-capable devices performed by the probation officer at a reasonable time and in a reasonable manner based on reasonable suspicion of contraband evidence of a violation of supervision. This may include the retrieval and copying of any prohibited data and/or the removal of such systems for the purpose of conducting a more thorough inspection. The defendant shall provide written authorization for release of information from the defendant's Internet service provider. (Macro 25A)

The defendant shall not use any computer other than the one the defendant is authorized to use, without prior approval from the probation officer. (Macro 25B)

F:\DATA\FORMS\SPV\VIO\PROB_49.WPD
(Revised: May 2005)

The defendant shall not use any software program or device designed to hide, alter, or delete records and/or logs of the defendant's computer use, Internet activities, or files stored on the defendant's computer. (Macro 25C)

The defendant shall not use any computer or computer-related equipment owned by his/her employer except for the strict benefit of his employer in the performance of his/her job-related duties.(Macro 25D)

The defendant shall provide the probation officer with accurate information about his/her entire computer system. The defendant's email shall only be accessed through a pre-approved application. (Macro 25E)

The defendant shall not install new hardware, perform upgrades, or effect repairs on his/her computer system, without receiving prior permission from the probation officer. (Macro 25F)

The defendant shall not engage in or utilize any service that allows peer-to-peer file sharing or file transfer protocol activity without permission from the probation officer.

The defendant shall not posses or use removable media configured with bootable operating systems. (Macro 25N)

The defendant shall not access any Internet Service Provider account or other online service using someone else's account, name, designation, or an alias. (Macro 25P)

The defendant shall not view, possess, and/or compose any material that describes or promotes the unauthorized access to computer systems. (Macro 25Q)

The defendant shall not purchase, download, possess, and/or install software applications whose primary purpose is to scan and detect vulnerabilities in computer networks or to cause damage to other computer systems. (Macro 25R)

Witness: _____  Signed: _____
Oscar Salinas                     John Georgelas
U.S. Probation Officer            Supervised Releasee

12·18·08
Date

F:\DATA\FORMS\SPV\VIO\PROB_49.WPD
(Revised: May 2005)